**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Simpson University

  Plaintiff(s),

  Case No. 2:21-cv-01427-JAM-DMC

v.

Massachusetts Bay Ins. Co.

  Defendant(s).

I, _____Scott David Green_____ ,

attorney for_____Simpson University_____ ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

  My business address is:

Firm Name:          The Law Offices of Scott Green, LLC

Address:             P.O. Box 30016



City:    Chicago

State:   Illinois          ZIP Code:    60630

Voice Phone:   ( 773 )  270-4704

FAX Phone:    (773) 219-0334

Internet E-mail:   sgreen@sdglawoffices.com

Additional E-mail:   jmeisinger@sdglawoffices.com, ggoldner@sdglawoffices.com

I reside in City:    Chicago    State:  Illinois

I was admitted to practice in the ___State of Illinois_____ (court)

on ____10/31/2013_____(date). I am presently in good standing and

eligible to practice in said court. A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name: _____Derek Chaiken_____

Firm Name: ___Merlin Law Group_____

Address: 2049 Century Park East, Suite 650_____

_____

City: Los Angeles_____

State: _California_____ ZIP Code: __90067_____

Voice Phone: ( 213 ) 374-0416_____

FAX Phone: (818) 945-9801

E-mail: dchaiken@merlinlawgroup.com

Dated: 9 - 9 - 21_____ Petitioner: _____

**ORDER**

Dated:  September 15, 2021                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE