STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone:   (650) 637-9100
Facsimile:    (650) 637-8071

Attorneys for Defendant
MASSACHUSETTS BAY INSURANCE
COMPANY


DEREK CHAIKEN (SBN 259061)
MERLIN LAW GROUP
2049 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 213.374.0416
Facsimile: 818.945.9801

Attorneys for Plaintiff
SIMPSON UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON UNIVERSITY; a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-01427-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (Dkt. 6)** |

   Plaintiff Simpson University (hereinafter, referred to as "Plaintiff") and Defendant Massachusetts Bay Insurance Company (hereinafter, referred to as "MBIC"), (hereinafter, collectively referred to as "Parties") respectfully submit this Stipulation and Proposed Order to modify the current pretrial scheduling order.

1980826                                                                1

# RECITALS

**WHEREAS**, Plaintiff filed its complaint in this action on July 2, 2021;

**WHEREAS**, MBIC filed its answer to the complaint on August 9, 2021;

**WHEREAS**, the Court issued its pretrial scheduling Order relating to deadlines for Rule 26 disclosures, including those relating to the disclosure of expert witnesses and expert witness discovery on October 15, 2021 (Dkt. 6);

**WHEREAS**, the Parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The Parties have exchanged written discovery and responses;

**WHEREAS**, the Parties agree to continue the deadlines as set forth below in the stipulation;

Accordingly, the parties hereby stipulate to revising the Court's October 15, 2021 pretrial scheduling Order as follows.

## II.
## STIPULATION

**NOW, THEREFORE IT IS AGREED AS FOLLOWS:**

The Parties, by and through their respective counsel of record, agree and stipulate to modify the pretrial scheduling Order as follows:

| | |
|---|---|
| Discovery Cutoff Date | May 19, 2023 (currently February 10, 2023) |
| Deadline for Disclosure of Expert(s) Deadline | March 10, 2023 (currently November 29, 2022) |
| Deadline for Supplemental Disclosure Deadline | March 24, 2023 (currently December 20, 2022) |
| Deadline for Dispositive Motion Filing Deadline | June 30, 2023 (currently March 24, 2023) |
| Deadline for Dispositive Motion Hearing | May 19, 2023 (currently May 9, 2023) |
| Joint Mid-Litigation Statement Filing Deadline | May 5, 2023 (currently January 27, 2023) |
| Final Pretrial Conference | October 27, 2023 @ 10:00 a.m. (currently June 23, 2023) |

| | |
|---|---|
| Jury Trial | <u>December 4, 2023</u><br>(currently August 7, 2023) |

**SO STIPULATED.**

Dated:  November 30, 2022         MERLIN LAW GROUP


                                  By    <u>/S/ Derek Chaiken</u>
                                       DEREK CHAIKEN
                                       Attorneys for Plaintiff
                                       SIMPSON UNIVERSITY

Dated:  November 30, 2022         HAYES SCOTT BONINO ELLINGSON
                                  & GUSLANI LLP


                                  By:   <u>/S/ Cherie M. Sutherland</u>
                                       STEPHEN M. HAYES
                                       CHERIE M. SUTHERLAND
                                       Attorneys for Defendant
                                       MASSACHUSETTS BAY INSURANCE
                                       COMPANY

# **ORDER**

Pursuant to the Parties' Stipulation and good cause appearing, the pretrial scheduling Order entered October 15, 2021 is revised as follows:

| | |
|---|---|
| Discovery Cutoff Date | May 19, 2023 |
| Deadline for Disclosure of Expert(s) Deadline | March 10, 2023 |
| Deadline for Supplemental Disclosure Deadline | March 24, 2023 |
| Deadline for Dispositive Motion Filing Deadline | June 30, 2023 |
| Dispositive Motion Hearing | Sept. 12, 2023 at 1:30 PM |
| Joint Mid-Litigation Statement Filing Deadline | May 5, 2023 |
| Final Pretrial Conference | October 27, 2023 at 11:00 AM |
| Jury Trial | December 4, 2023 at 9:00 AM |

**IT IS SO ORDERED.**

Dated:  December 1, 2022              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE