STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesscott.com
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone:   (650) 637-9100
Facsimile:   (650) 637-8071

Attorneys for Defendant
MASSACHUSETTS BAY INSURANCE COMPANY


DEREK CHAIKEN (SBN 259061)
dchaiken@merlinlawgroup.com
MERLIN LAW GROUP
2049 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 213.374.0416
Facsimile: 818.945.9801

Attorneys for Plaintiff
SIMPSON UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON UNIVERSITY; a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-01427-JAM-DMC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AGAINST DEFENDANT MASSACHUSETTS BAY <u>INSURANCE COMPANY</u>**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by plaintiff Simpson University by and through its attorney of record Derek Chaiken of Merlin Law Group and defendant Massachusetts Bay Insurance Company through its attorney of record Cherie M. Sutherland of Hayes Scott Bonino Ellingson & Guslani LLP, that the above-captioned action be, and hereby is, PARTIALLY DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) as follows:

1. Plaintiff's second cause of action for breach of the implied covenant of good faith and fair dealing against defendant Massachusetts Bay Insurance Company is dismissed with prejudice in its entirety.
2. Plaintiff's third cause of action for violation of Unfair Business Practices pursuant to Business and Professions Code §§ 17200, *et seq.* alleged against defendant Massachusetts Bay Insurance Company is dismissed with prejudice in its entirety.

**SO STIPULATED.**

Dated: December 15, 2022        MERLIN LAW GROUP

By */S/ Derek Chaiken*
DEREK CHAIKEN
Attorneys for Plaintiff
SIMPSON UNIVERSITY

Dated: December 15, 2022        HAYES SCOTT BONINO ELLINGSON & GUSLANI, LLP

By: */S/ Cherie M. Sutherland*
STEPHEN M. HAYES
CHERIE M. SUTHERLAND
Attorneys for Defendant
MASSACHUSETTS BAY INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED:**

1. Plaintiff's second cause of action for breach of the implied covenant of good faith and fair dealing against defendant Massachusetts Bay Insurance Company is DISMISSED WITH PREJUDICE in its entirety.

2. Plaintiff's third cause of action for violation of Unfair Business Practices pursuant to Business and Professions Code §§ 17200, *et seq.* against defendant Massachusetts Bay Insurance Company is DISMISSED WITH PREJUDICE in its entirety.

Dated:  December 20, 2022                /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE