STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone:	(650) 637-9100
Facsimile:	(650) 637-8071

Attorneys for Defendant
MASSACHUSETTS BAY INSURANCE
COMPANY


DEREK CHAIKEN (SBN 259061)
dchaiken@merlinlawgroup.com
MERLIN LAW GROUP
2049 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 213.374.0416
Facsimile: 818.945.9801

Attorneys for Plaintiff
SIMPSON UNIVERSITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON UNIVERSITY; a California Corporation;<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:21-CV-01427-JAM-DMC<br><br>**STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

　　　IT IS HEREBY STIPULATED by plaintiff Simpson University by and through its attorney of record Derek Chaiken of Merlin Law Group and defendant Massachusetts Bay Insurance Company through its attorney of record Cherie M. Sutherland of Hayes Scott Bonino Ellingson & Guslani LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE

1999376                                              1

**STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**
**CASE NO. 2:21-CV-01427-JAM-DMC**

pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**SO STIPULATED.**

Dated: March 26, 2023                MERLIN LAW GROUP


By     */S/ Derek Chaiken*
          DEREK CHAIKEN
          Attorneys for Plaintiff
          SIMPSON UNIVERSITY

Dated: March 26, 2023                HAYES SCOTT BONINO ELLINGSON
                                     & GUSLANI, LLP


By:    */S/ Cherie M. Sutherland*
          STEPHEN M. HAYES
          CHERIE M. SUTHERLAND
          Attorneys for Defendant
          MASSACHUSETTS BAY INSURANCE
          COMPANY

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2023                /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE